IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRUS ANDREWS, | ) | 1:07cv01269 OWW DLB |
| Plaintiff, | ) | |
| | ) | ORDER TO SUBMIT STATUS REPORT |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Defendant. | ) | |

On August 29, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On September 4, 2007, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record, which shall be deemed an answer to the complaint.

Plaintiff filed a declaration regarding service on September 21, 2007. However, Defendant has not filed the Administrative Record or otherwise made an appearing in the action.

Therefore, Plaintiff is ORDERED to submit a report regarding the status of service and prosecution of this action within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **February 22, 2008**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

1