1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRUS ANDREWS, by and through his guardian ad litem, DARLENE ANDREWS, <br><br>           Plaintiff, <br><br>    v. <br><br> MICHAEL J. ASTRUE, <br><br>           Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

1:07cv1269 OWW DLB

ORDER GRANTING PETITION TO APPOINT GUARDIAN AD LITEM

(Document 3)

The petition seeking to appoint Darlene Andrews as Guardian Ad Litem for Plaintiff Tyrus Andrews, a minor, is GRANTED.

IT IS SO ORDERED.

   **Dated:**   **April 10, 2008**                  **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE