IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRUS ANDREWS, | ) | 1:07cv01269 OWW DLB |
| Plaintiff, | ) | |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Defendant. | ) | |

    On August 29, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On February 22, 2008, the Court ordered Plaintiff to submit a status report regarding the status of service within twenty (20) days. Over twenty (20) days have passed and Plaintiff has not responded to the Court's order.

    Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should not be dismissed for failure to comply with the February 22, 2008, order. Plaintiff is ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the date of this Order.

    Failure to respond to this Order to Show Cause will result in a recommendation that this action be dismissed.

    IT IS SO ORDERED.

    Dated:   **April 10, 2008**          **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE

1