1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT FOR THE

8               EASTERN DISTRICT OF CALIFORNIA

9
TYRUS ANDREWS,                    )        1:07cv01269 OWW DLB
10                                )
                Plaintiff,        )
11                                )
                                  )        ORDER DISCHARGING ORDER
12                                )        TO SHOW CAUSE
        vs.                       )
13                                )        (Document 13)
MICHAEL J. ASTRUE, Commissioner,  )
14                                )
                                  )
15              Defendant.        )
    _____)
16
        Pursuant to the Court's February 22, 2008, order, Plaintiff submitted a status report regarding
17
service of the complaint, along with an amended proof of service.  Therefore, the April 10, 2008,
18
order to show cause is DISCHARGED.
19
20
21      IT IS SO ORDERED.

    Dated:    **April 28, 2008**              **/s/ Dennis L. Beck**
22                                      UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28
                                        1