IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRUS ANDREWS, | ) | 1:07cv1269 OWW DLB |
| | ) | |
| | ) | ORDER GRANTING |
| | ) | MOTION TO REMAND |
| | ) | (Document 20) |
| Plaintiff, | ) | |
| | ) | ORDER REQUIRING |
| vs. | ) | STATUS REPORTS |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Tyrus Andrews ("Plaintiff") filed this action for review of the denial of social security benefits on August 29, 2007.

On September 3, 2008, Defendant filed a motion to remand the action pursuant to sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), on the grounds that the administrative transcript cannot be located. Plaintiff did not file an opposition.

Accordingly, Defendant's motion is GRANTED and this action is REMANDED to allow Defendant to either retrieve materials related to Plaintiff's claim or, if necessary, hold another hearing and issue another decision.

1

The Court further ORDERS the parties to file a joint status report within 90 days of the date of service of this order.  Thereafter, the parties shall file a joint status report every 120 days until this action is returned to this Court or otherwise resolved.

IT IS SO ORDERED.

    Dated:   **October 6, 2008**                   **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE