IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRUS ANDREWS, | ) | 1:07cv1269 DLB |
| | ) | |
| Plaintiff, | ) | ORDER FOR STATUS REPORT |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Defendant. | ) | |

On October 7, 2008, this Court issued its order granting Defendant's motion to remand under sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g). The parties were also ordered to file a joint status report at 120-day intervals.

The last status report was filed on January 8, 2009, making the next status report due on or about May 8, 2009. As of the date of this order, a status report has not been received.

Accordingly, the parties are ordered to file a status report within 15 days of the date of service of this order. Failure to do so may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **June 3, 2009**         **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE

1