IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRUS ANDREWS, | ) | 1:07cv01269 DLB |
|     Plaintiff, | ) | |
| | ) | ORDER TO SHOW |
| | ) | CAUSE |
|     vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
|     Defendant. | ) | |

On August 29, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On October 7, 2008, this Court issued its order granting Defendant's motion to remand under sentence six of section 205(g) of the Social Security Act, as amended 42 U.S.C. § 405(g). The parties also were ordered to file a joint status report within 90 days of service of the order and to file subsequent status reports every 120 days.

The last status report was filed on January 8, 2009, making the next status report due on or about May 8, 2009. No status report was filed. Accordingly, on June 3, 2009, the Court ordered the parties to file a status report within fifteen (15) days. Over fifteen (15) days have passed and the parties have not responded to the Court's order.

Therefore, the parties are ORDERED TO SHOW CAUSE, if any they have, why the action should not be dismissed or sanctions imposed for the failure to comply with the June 3, 2009, order.

1

1  The parties are ORDERED to file individual written responses to this Order to Show Cause within
2  twenty (20) days of the date of this Order.
3      Failure to respond to this Order to Show Cause may result in dismissal of the action or the
4  imposition of sanctions.

6      IT IS SO ORDERED.
7      **Dated:   August 20, 2009**           /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE