IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRUS ANDREWS, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner, ) <br> ) <br> Defendant. ) <br> ) | 1:07cv01269 DLB <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> (Document 24) |

The parties filed a response to this Court's August 20, 2009, order to show cause on September 9 and 10, 2009. The parties explained that the failure to file a status report was due to a communication error between counsel and unintentional oversight. The parties also indicate that they are ready to move forward with this action. Therefore, the August 20, 2009, order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   **September 16, 2009**                    **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE

1