1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRUS ANDREWS, | ) | 1:07cv01269 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PARTIES' JOINT |
| | ) | MOTION TO VACATE REMAND ORDER |
| vs. | ) | (Document 26) |
| | ) | |
| | ) | ORDER REOPENING ACTION |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | ORDER DIRECTING DEFENDANT TO |
| | ) | FILE ADMINISTRATIVE RECORD |
| Defendant. | ) | |
| _____ | ) | |

16    On October 7, 2008, the Court granted Defendant's request to remand this action pursuant to

17  sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), on the

18  grounds that the administrative transcript could not be located.

19    On September 9, 2009, the parties filed a joint motion to vacate the remand order, stating that

20  the transcript has been located and they are now ready to move forward with this action.

21    Accordingly, the Court's October 7, 2008, order remanding this action is VACATED and the

22  Clerk of the Court is ORDERED to REOPEN this action.  Defendant SHALL file the administrative

23  record within thirty (30) days of the date of service of this order.

24

25    IT IS SO ORDERED.

26  **Dated:**   **September 22, 2009**            _____ **/s/ Dennis L. Beck** _____
                                           UNITED STATES MAGISTRATE JUDGE
27

28                                                      1