YOUNG CHO
ATTORNEY AT LAW:  189870
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
562/868-5886
FAX:  562/868-5491

ATTORNEY FOR PLAINTIFF
TYRUS ANDREWS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRUS ANDREWS, | Case No.: 1:07-CV-01269-DLB |
| Plaintiff, | ORDER RE STIPULATION TO DISMISS |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Dismiss,

IT IS HEREBY ORDERED that the court dismiss the above matter with prejudice, each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

DATE:  January 26, 2010

/s/ Dennis L. Beck
THE HONORABLE DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

-1-